IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DIANNA L. WHEAT,

Plaintiff,

v.

HARRIS & HARRIS, LTD.,

Defendant.

Case No. 19-cv-703 JPG/RJD

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: September 16, 2019**     **MARGARET M. ROBERTIE, Clerk of Court**

                                                                *s/Tina Gray*
                                                                 **Deputy Clerk**

**Approved:**     *s/J. Phil Gilbert*
                       **J. PHIL GILBERT**
                       **DISTRICT JUDGE**